**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 97-20085
(Summary Calendar)

PAUL MAPLES,

Plaintiff-Appellant,

versus

PASADENA INDEPENDENT
SCHOOL DISTRICT, ET AL.,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Texas
(H-96-CV-1753)

July 15, 1997

Before HIGGINBOTHAM, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Paul Maples asks us to reverse the
judgment of the district court dismissing his original and amended
complaints pursuant to Federal Rules of Civil Procedure 12(b)(6).

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Specifically, Maples presents for our review alleged reversible error by the district court in its determination that Maples had neither a protected property nor liberty interest and did not state a "First Amendment retaliation claim." Additionally, in his Statement of the Case on appeal, Maples makes reference to the court's failure to address his intentional infliction of emotional distress claim and the court's ruling regarding the statute of limitations.

In our de novo review we have carefully studied the record on appeal and the facts, law, and arguments presented by counsel in their briefs to this court. We have also considered the patiently exhaustive discussion and explanation of this case as set forth in the Memorandum and Order of the district court filed December 24, 1996. Based on our review, we are persuaded that the district court correctly analyzed this case and the pleadings in light of the facts and the law and reached the correct conclusions for the right reasons. We would serve no useful purpose by writing further, given the disposition of this case by the district court. Consequently, the rulings and judgment of the district court are, in all respects,

AFFIRMED.